```
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney       JS-6
Chief, Civil Division
INDIRA J. CAMERON-BANKS (State Bar No. 248634)
Assistant United States Attorney
     Room 7516, Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2442
     Fax:        (213) 894-7819
     Email:      Indira.J.Cameron-Banks@usdoj.gov
Attorneys for Defendant
United States Postal Service
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANGELA MANCIA,<br><br>    Plaintiff<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant | No. CV 07-04339 ABC (FMOx)<br><br>**ORDER DISMISSING ACTION** |

Having considered the Stipulation for Compromise Settlement, IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety;

2. Each party shall bear their own costs of suit and attorneys' fees; and,

3. The Court retains jurisdiction pending payment of the settlement.

DATED: March 3, 2008           _Audrey B. Collins_
                               AUDREY B. COLLINS
                               UNITED STATES DISTRICT JUDGE